# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Aircomm of Avon, L.L.C.; Atlantic Coast
Communications LLC; CCATT LLC; CCTMO
LLC; CCTM1 LLC; CCTM2 LLC; Coverage Plus
Antenna Systems LLC; Crown Atlantic Company
LLC; Crown Castle Fiber LLC; Crown Castle GT
Company LLC;  Crown Castle MU LLC; Crown
Castle South LLC;  Crown Castle Towers 05 LLC;
Crown Castle Towers 06-2 LLC;  Crown Castle
Towers 09 LLC; Crown Communication LLC;
Global Signal Acquisitions LLC; Global Signal
Acquisitions II LLC;  Global Signal Acquisitions
III LLC; Global Signal Acquisitions IV LLC;
GoldenState Towers, LLC; High Point
Management Co. LLC; ICB Towers, LLC;
Interstate Tower Communications LLC;
IntraCoastal City Towers LLC; Pinnacle Towers
Acquisition LLC; Pinnacle Towers Asset Holding
LLC; Pinnacle Towers LLC; Pinnacle Towers III
LLC; Radio Station WGLD LLC; Shaffer &
Associates, Inc.; Sierra Towers, Inc.; Tower
Development Corporation; Tower Systems LLC;
Tower Technology Company of Jacksonville LLC;
Tower Ventures III, LLC; WCP Wireless Lease
Subsidiary, LLC; and TVHT, LLC,

        Plaintiffs,

   v.

DISH Wireless L.L.C.,

        Defendant.

Civil Action No. _____

---

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

1

Plaintiffs Aircomm of Avon, L.L.C.; Atlantic Coast Communications LLC; CCAT LLC; CCTMO LLC; CCTM1 LLC; CCTM2 LLC; Coverage Plus Antenna Systems LLC; Crown Atlantic Company LLC; Crown Castle Fiber LLC; Crown Castle GT Company LLC; Crown Castle MU LLC; Crown Castle South LLC; Crown Castle Towers 05 LLC; Crown Castle Towers 06-2 LLC; Crown Castle Towers 09 LLC; Crown Communication LLC; Global Signal Acquisitions LLC; Global Signal Acquisitions II LLC; Global Signal Acquisitions III LLC; Global Signal Acquisitions IV LLC; GoldenState Towers, LLC; High Point Management Co. LLC; ICB Towers, LLC; Interstate Tower Communications LLC; IntraCoastal City Towers LLC; Pinnacle Towers Acquisition LLC; Pinnacle Towers Asset Holding LLC; Pinnacle Towers LLC; Pinnacle Towers III LLC; Radio Station WGLD LLC; Shaffer & Associates, Inc.; Sierra Towers, Inc.; Tower Development Corporation; Tower Systems LLC; Tower Technology Company of Jacksonville LLC; Tower Ventures III, LLC; WCP Wireless Lease Subsidiary, LLC; and TVHT, LLC, by counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provide the following information:

**Aircomm of Avon, L.L.C.'s Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Aircomm of Avon, L.L.C. is a wholly-owned subsidiary of Pinnacle Towers LLC. Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc.

is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Aircomm of Avon, L.L.C.'s Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Aircomm of Avon LLC is a Connecticut limited liability company with CCGS Holdings Corp. as its sole member. CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas. Thus, Aircomm of Avon, L.L.C. is a citizen of Delaware and Texas.

**Atlantic Coast Communications LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Atlantic Coast Communications LLC is a wholly-owned subsidiary of Crown Castle USA Inc. Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Atlantic Coast Communications LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Atlantic Coast Communications LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member. Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania. Thus, Atlantic Coast Communications LLC is a citizen of Pennsylvania.

**CCATT LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** CCATT LLC is a wholly-owned subsidiary of CCATT Holdings LLC. CCATT Holdings LLC is a wholly-owned subsidiary of Crown Castle USA Inc. Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard

Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**CCATT LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**  CCATT LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member.  Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania.  Thus, CCATT LLC is a citizen of Pennsylvania.

**CCTMO LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**  CCTMO LLC is a wholly-owned subsidiary of CCTM Holdings LLC.  CCTM Holdings LLC is a wholly-owned subsidiary of Crown Castle USA Inc.  Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**CCTMO LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**  CCTMO LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member.  Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania.  Thus, CCTMO LLC is a citizen of Pennsylvania.

**CCTM1 LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**  CCTM1 LLC is a wholly own subsidiary of CCTM Holdings LLC.  CCTM Holdings LLC is a wholly-owned subsidiary of Crown Castle USA Inc.  Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard

Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**CCTM1 LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** CCTM1 LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member. Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania. Thus, CCTM1 LLC is a citizen of Pennsylvania.

**CCTM2 LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** CCTM2 LLC is a wholly-owned subsidiary of CCTM Holdings LLC. CCTM Holdings LLC is a wholly-owned subsidiary of Crown Castle USA Inc. Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**CCTM2 LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** CCTM2 LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member. Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania. Thus, CCTM2 LLC is a citizen of Pennsylvania.

**Coverage Plus Antenna Systems LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Coverage Plus Antenna Systems LLC. is an wholly-owned subsidiary of Pinnacle Towers LLC. Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP

LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Coverage Plus Antenna Systems LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**  Coverage Plus Antenna Systems LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member.  CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.  Thus, Coverage Plus Antenna Systems LLC is a citizen of Delaware and Texas.

**Crown Atlantic Company LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**  Crown Atlantic Company LLC is a wholly-owned subsidiary of Crown Castle Atlantic LLC.  Crown Castle Atlantic LLC is a wholly-owned subsidiary of Crown Castle CA Corp.  Crown Castle CA Corp. is a wholly-owned subsidiary of Crown Castle Towers LLC. Crown Castle Towers LLC is a wholly-owned subsidiary of CC Towers Guarantor LLC.  CC Towers Guarantor LLC is a wholly-owned subsidiary of CC Towers Holding LLC.  CC Towers Holding LLC is a wholly-owned subsidiary of Crown Castle USA Inc.  Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Crown Atlantic Company LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Crown Atlantic Company LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member. Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania. Thus, Crown Atlantic Company LLC is a citizen of Pennsylvania.

**Crown Castle Fiber LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Crown Castle Fiber LLC is a wholly-owned subsidiary of Crown Castle Fiber Holdings Corp. Crown Castle Fiber Holdings Corp. is a wholly-owned by Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned by Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Crown Castle Fiber LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Crown Castle Fiber LLC is a New York limited liability company with Crown Castle Fiber Holdings Corp. as its sole member. Crown Castle Fiber Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas. Thus, Crown Castle Fiber LLC is a citizen of Delaware and Texas.

**Crown Castle GT Company LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Crown Castle GT Company LLC is a wholly-owned subsidiary of Crown Castle GT Holding Sub LLC. Crown Castle GT Holding Sub LLC is a wholly-owned subsidiary of Crown Castle GT Corp. Crown Castle GT Corp. is a wholly-owned subsidiary of Crown Castle Towers LLC. Crown Castle Towers LLC is a wholly-owned subsidiary of CC Towers Guarantor LLC. CC Towers Guarantor LLC is a wholly-owned subsidiary of CC Towers Holding LLC. CC

Towers Holding LLC is a wholly-owned subsidiary of Crown Castle USA Inc. Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Crown Castle GT Company LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Crown Castle GT Company LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member. Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania. Thus, Crown Castle GT Company LLC is a citizen of Pennsylvania.

**Crown Castle MU LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Crown Castle MU LLC is a wholly-owned subsidiary of Crown Castle Towers LLC. Crown Castle Towers LLC is a wholly-owned subsidiary of CC Towers Guarantor LLC. CC Towers Guarantor LLC is a wholly-owned subsidiary of CC Towers Holding LLC. CC Towers Holding LLC is a wholly-owned subsidiary of Crown Castle USA Inc. Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Crown Castle MU LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Crown Castle MU LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole

member. Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania. Thus, Crown Castle MU LLC is a citizen of Pennsylvania.

**Crown Castle South LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**

Crown Castle South LLC is a wholly-owned subsidiary of Crown Castle Towers LLC. Crown Castle Towers LLC is a wholly-owned subsidiary of CC Towers Guarantor LLC. CC Towers Guarantor LLC is a wholly-owned subsidiary of CC Towers Holding LLC. CC Towers Holding LLC is a wholly-owned subsidiary of Crown Castle USA Inc. Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Crown Castle South LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**

Crown Castle South LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member. Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania. Thus, Crown Castle South LLC is a citizen of Pennsylvania.

**Crown Castle Towers 05 LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**

Crown Castle Towers 05 LLC is a wholly-owned subsidiary of Crown Castle Towers LLC. Crown Castle Towers LLC is a wholly-owned subsidiary of CC Towers Guarantor LLC. CC Towers Guarantor LLC is a wholly-owned subsidiary of CC Towers Holding LLC. CC Towers Holding LLC is a wholly-owned subsidiary of Crown Castle USA Inc. Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a

wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded corporation. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Crown Castle Towers 05 LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Crown Castle Towers 05 LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member.  Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania.  Thus, Crown Castle Towers 05 LLC is a citizen of Pennsylvania.

**Crown Castle Towers 06-2 LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**  Crown Castle Towers 06-2 LLC is a wholly-owned subsidiary of Crown Castle USA Inc.  Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded corporation.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Crown Castle Towers 06-2 LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**  Crown Castle Towers 06-2 LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member.  Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania.  Thus, Crown Castle Towers 06-2 LLC is a citizen of Pennsylvania.

**Crown Castle Towers 09 LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Crown Castle Towers 09 LLC is a wholly-owned subsidiary of Crown Castle Investment II Corp. Crown Castle Investment Corp. II is a wholly-owned subsidiary of Crown Castle Inc.  Crown

Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Crown Castle Towers 09 LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**

Crown Castle Towers 09 LLC is a Delaware limited liability company with Crown Castle Investment II Corp. as its sole member. Crown Castle Investment II Corp. is a Delaware corporation with its principal place of business in Houston, Texas. Thus, Crown Castle Towers 09 LLC is a citizen of Delaware and Texas.

**Crown Communication LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**

Crown Communications LLC is a wholly-owned subsidiary of Crown Castle Towers LLC. Crown Castle Towers LLC is a wholly-owned subsidiary of CC Towers Guarantor LLC. CC Towers Guarantor LLC is a wholly-owned subsidiary of CC Towers Holding LLC. CC Towers Holding LLC is a wholly-owned subsidiary of Crown Castle USA Inc. Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded corporation. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Crown Communication LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**

Crown Communications LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member. Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania. Thus, Crown Communication LLC is a citizen of Pennsylvania.

**Global Signal Acquisitions LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Global Signal Acquisitions LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Global Signal Acquisitions LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Global Signal Acquisitions LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member. CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas. Thus, Global Signal Acquisitions LLC is a citizen of Delaware and Texas.

**Global Signal Acquisitions II LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Global Signal Acquisitions II LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned

subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Global Signal Acquisitions II LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Global Signal Acquisitions LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member.  CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.  Thus, Global Signal Acquisitions II LLC is a citizen of Delaware and Texas.

**Global Signal Acquisitions III LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Global Signal Acquisitions III LLC. is an wholly-owned subsidiary of Global Signal Operating Partnership, L.P.  Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp.  CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Global Signal Acquisitions III LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Global Signal Acquisitions III LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member.  CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.  Thus, Global Signal Acquisitions III, LLC is a citizen of Delaware and Texas.

**Global Signal Acquisitions IV LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Global Signal Acquisition IV LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Global Signal Acquisitions IV LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Global Signal Acquisitions IV LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member. CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas. Thus, Global Signal Acquisitions IV LLC is a citizen of Delaware and Texas.

**GoldenState Towers, LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** GoldenState Towers, LLC is a wholly-owned subsidiary of Pinnacle Towers Acquisition LLC. Pinnacle Towers Acquisition LLC is a wholly-owned subsidiary of Pinnacle Towers Acquisition Holdings LLC. Pinnacle Towers Acquisition Holdings LLC is a wholly-owned subsidiary of Global Signal Holdings III LLC. Global Signal Holdings III LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-

owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**GoldenState Towers, LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** GoldenState Towers, LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member.  CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.  Thus, GoldenState Towers, LLC is a citizen of Delaware and Texas.

**High Point Management Co. LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**  High Point Management Co. LLC is aa wholly-owned subsidiary of Pinnacle Towers LLC.  Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC.  CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp.  CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**High Point Management Co. LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**  High Point Management LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member.  CCGS Holdings Corp. is a Delaware corporation with a

principal place of business in Houston, Texas. Thus, High Point Management Co. LLC is a citizen of Delaware and Texas.

**ICB Towers, LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** ICB Towers, LLC is a wholly-owned subsidiary of Pinnacle Towers LLC. Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**ICB Towers, LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** ICB Towers, LLC is a Georgia limited liability company with CCGS Holdings Corp. as its sole member. CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas. Thus, ICB Towers, LLC. is a citizen of Delaware and Texas.

**Interstate Tower Communications LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Interstate Tower Communications LLC is a wholly-owned subsidiary of Pinnacle Towers LLC. Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS

Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Interstate Tower Communications LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Interstate Tower Communications LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member. CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas. Thus, Interstate Tower Communications LLC is a citizen of Delaware and Texas.

**IntraCoastal City Towers LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** IntraCoastal City Towers LLC is a wholly-owned subsidiary of Pinnacle Towers LLC. Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**IntraCoastal City Towers LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** IntraCoastal City Towers LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member. CCGS Holdings Corp. is a Delaware corporation with a

principal place of business in Houston, Texas.  Thus, IntraCoastal City Towers, LLC is a citizen of Delaware and Texas.

**Pinnacle Towers Acquisition LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**  Pinnacle Towers Acquisition LLC is a wholly-owned subsidiary of Pinnacle Towers Acquisition Holdings LLC.  Pinnacle Towers Acquisition Holdings LLC is a wholly-owned subsidiary of Global Signal Holdings III LLC.  Global Signal Holdings III LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P.  Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp.  CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Pinnacle Towers Acquisition LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**  Pinnacle Towers Acquisition LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member.  CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.  Thus, Pinnacle Towers Acquisition LLC is a citizen of Delaware and Texas.

**Pinnacle Towers Asset Holding LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**  Pinnacle Towers Asset Holding LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P.  Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holding Corp.  Global Signal GP LLC is a wholly-

owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Pinnacle Towers Asset Holding LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Pinnacle Towers Asset Holding LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member. CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas. Thus, Pinnacle Tower Asset Holding LLC is a citizen of Delaware and Texas.

**Pinnacle Towers LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Pinnacle Towers LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Pinnacle Towers LLC is a Delaware limited liability company with CCGS Holdings Corp. as its

sole member.  CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.  Thus, Pinnacle Towers LLC is a citizen of Delaware and Texas.

**Pinnacle Towers III LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**

Pinnacle Towers III LLC is a wholly-owned subsidiary of Pinnacle Towers LLC.  Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC.  CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P.  Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp  CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Pinnacle Towers III LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**

Pinnacle Towers III LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member.  CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.  Thus, Pinnacle Towers III LLC is a citizen of Delaware and Texas.

**Radio Station WGLD LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**

Radio Station WGLD LLC is a wholly-owned subsidiary of Pinnacle Towers LLC.  Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC.  CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P.  Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp.

CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Radio Station WGLD LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**

Radio Station WGLD LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member.  CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.  Thus, Radio Station WGLD LLC is a citizen of Delaware and Texas.

**Shaffer & Associates, Inc.'s Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**

Shaffer & Associates, Inc. is a wholly-owned subsidiary of Pinnacle Towers V Inc.  Pinnacle Towers V Inc. is a wholly-owned subsidiary of Pinnacle Towers III LLC.  Pinnacle Towers III LLC is a wholly-owned subsidiary of Pinnacle Towers LLC.  Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC.  CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P.  Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp.  CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Shaffer & Associates, Inc.'s Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**

Shaffer & Associates, Inc. is a corporation that is incorporated in the state of Illinois and has a

principal place of business in Texas.  Thus, Shaffer & Associates, Inc. is a citizen of Illinois and Texas.

**Sierra Towers, Inc.'s Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**  Sierra Towers, Inc. is a wholly-owned subsidiary of Pinnacle Towers V Inc.  Pinnacle Towers V Inc. is a wholly-owned subsidiary of Pinnacle Towers III LLC.  Pinnacle Towers III LLC is a wholly-owned subsidiary of Pinnacle Towers LLC.  Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC.  CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P.  Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp.  CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Sierra Towers, Inc.'s Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**  Sierra Towers, Inc. is a corporation that is incorporated in Texas and has its principal place of business in Texas.  Thus, Sierra Towers, Inc. is a citizen of Texas.

**Tower Development Corporation's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:**  Tower Development Corporation is a wholly-owned subsidiary of Crown Castle Investment II Corp.  Crown Castle Investment II Corp. is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Tower Development Corporation's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Tower Development Corporation is a corporation that is incorporated in Maryland and has its principal place of business in Houston, Texas. Thus, Tower Development Corporation is a citizen of Maryland and Texas.

**Tower Systems LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Tower Systems LLC is a wholly-owned subsidiary of Pinnacle Towers LLC. Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P. Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp. Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp. CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded company. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Tower Systems LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Tower Systems LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member. CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas. Thus, Tower Systems LLC is a citizen of Delaware and Texas.

**Tower Technology Company of Jacksonville LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Tower Technology Company of Jacksonville LLC is a wholly-owned subsidiary of Pinnacle Towers LLC. Pinnacle Towers LLC is a wholly-owned subsidiary of CC Holdings GS V LLC. CC Holdings GS V LLC is a wholly-owned subsidiary of Global Signal

Operating Partnership, L.P.   Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.   Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp.   CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.   Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.   Crown Castle Inc. is a publicly traded company.   The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Tower Technology Company of Jacksonville LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:**  Tower Technology Company of Jacksonville LLC is a Delaware limited liability company with CCGS Holdings Corp. as its sole member.   CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.   Thus, Tower Technology Company of Jacksonville LLC is a citizen of Delaware and Texas.

**Tower Ventures III, LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** Tower Ventures III, LLC. is a wholly-owned subsidiary of Pinnacle Towers Acquisition LLC. Pinnacle Towers Acquisition LLC is a wholly-owned subsidiary of Pinnacle Towers Acquisition Holdings LLC.  Pinnacle Towers Acquisition Holdings LLC is a wholly-owned subsidiary of Global Signal Holdings III LLC.  Global Signal Holdings III LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P.  Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp.  CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.

The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**Tower Ventures III, LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** Tower Ventures III, LLC is a Tennessee limited liability company with CCGS Holdings Corp. as its sole member.  CCGS Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas.  Thus, Tower Ventures III, LLC is a citizen of Delaware and Texas.

**TVHT, LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** TVHT, LLC is a wholly-owned subsidiary of Tower Ventures III, LLC.  Tower Ventures III, LLC is a wholly-owned subsidiary of Pinnacle Towers Acquisition LLC.  Pinnacle Towers Acquisition LLC is a wholly-owned subsidiary of Pinnacle Towers Acquisition Holdings LLC.  Pinnacle Towers Acquisition Holdings LLC is a wholly-owned subsidiary of Global Signal Holdings III LLC.  Global Signal Holdings III LLC is a wholly-owned subsidiary of Global Signal Operating Partnership, L.P.  Global Signal Operating Partnership, L.P. is a wholly-owned subsidiary of Global Signal GP LLC and CCGS Holdings Corp.  Global Signal GP LLC is a wholly-owned subsidiary of CCGS Holdings Corp.  CCGS Holdings Corp. is a wholly-owned subsidiary of Crown Castle Operating Company.  Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc.  Crown Castle Inc. is a publicly traded company.  The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**TVHT, LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** TVHT, LLC is a Tennessee limited liability company with CCGS Holdings Corp. as its sole member.  CCGS

Holdings Corp. is a Delaware corporation with a principal place of business in Houston, Texas. Thus, TVHT, LLC is a citizen of Delaware and Texas.

**WCP Wireless Lease Subsidiary, LLC's Federal Rule of Civil Procedure 7.1(a)(1) Disclosure:** WCP Wireless Lease Subsidiary, LLC is a wholly-owned subsidiary of WCP Wireless Site Funding LLC. WCP Wireless Site Funding LLC is a wholly-owned subsidiary of WCP Wireless Site Holdco LLC. WCP Wireless Site Holdco LLC is a wholly-owned subsidiary of Crown Castle Towers 06-2 LLC. Crown Castle Towers 06-2 LLC is a wholly-owned subsidiary of Crown Castle USA Inc. Crown Castle USA Inc. is a wholly-owned subsidiary of Crown Castle Operating Company. Crown Castle Operating Company is a wholly-owned subsidiary of Crown Castle Inc. Crown Castle Inc. is a publicly traded corporation. The Vanguard Group, 100 Vanguard Boulevard, Malvern, PA 19355 owns 10% or more of the common stock of Crown Castle Inc.

**WCP Wireless Lease Subsidiary, LLC's Federal Rule of Civil Procedure 7.1(a)(2) Disclosure:** WCP Wireless Lease Subsidiary LLC is a Delaware limited liability company with Crown Castle USA Inc. as its sole member. Crown Castle USA Inc. is a Pennsylvania corporation with a principal place of business in Canonsburg, Pennsylvania. Thus, WCP Wireless Lease Subsidiary LLC is a citizen of Pennsylvania.

Dated: November 20, 2025

Respectfully submitted,

By: */s/ Laura A. Menninger*
Laura A. Menninger
HADDON MORGAN FOREMAN
945 N. Pennsylvania Street
Denver, CO 80203
Tel: (303) 831-7364
E-mail: lmenninger@hmflaw.com

Jay Cohen (admission forthcoming)
Jeffrey J. Recher (admission forthcoming)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
E-mail: jaycohen@paulweiss.com
          jrecher@paulweiss.com

*Counsel for Plaintiffs Aircomm of Avon, L.L.C.; Atlantic Coast Communications LLC; CCATT LLC; CCTMO LLC; CCTM1 LLC; CCTM2 LLC; Coverage Plus Antenna Systems LLC; Crown Atlantic Company LLC; Crown Castle Fiber LLC; Crown Castle GT Company LLC; Crown Castle MU LLC; Crown Castle South LLC; Crown Castle Towers 05 LLC; Crown Castle Towers 06-2 LLC; Crown Castle Towers 09 LLC; Crown Communication LLC; Global Signal Acquisitions LLC; Global Signal Acquisitions II LLC; Global Signal Acquisitions III LLC; Global Signal Acquisitions IV LLC; GoldenState Towers, LLC; High Point Management Co. LLC; ICB Towers, LLC; Interstate Tower Communications LLC; IntraCoastal City Towers LLC; Pinnacle Towers Acquisition LLC; Pinnacle Towers Asset Holding LLC; Pinnacle Towers LLC; Pinnacle Towers III LLC; Radio Station WGLD LLC; Shaffer & Associates, Inc.; Sierra Towers, Inc.; Tower Development Corporation; Tower Systems LLC; Tower Technology Company of Jacksonville LLC;*

*Tower Ventures III, LLC; WCP Wireless Lease
Subsidiary, LLC; and TVHT, LLC*