AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

Aircomm of Avon, L.L.C.; Atlantic Coast Communications LLC; CCATT LLC; CCTMO LLC; CCTM1 LLC; CCTM2 LLC; Coverage Plus Antenna Systems LLC; Crown Atlantic Company LLC; Crown Castle Fiber LLC; Crown Castle GT Company LLC; Crown Castle MU LLC; Crown Castle South LLC; Crown Castle Towers 05 LLC; Crown Castle Towers 06-2 LLC; Crown Castle Towers 09 LLC; Crown Communication LLC; Global Signal Acquisitions LLC; Global Signal Acquisitions II LLC; Global Signal Acquisitions III LLC; Global Signal Acquisitions IV LLC; GoldenState Towers, LLC; High Point Management Co. LLC; ICB Towers, LLC; Interstate Tower Communications LLC; IntraCoastal City Towers LLC; Pinnacle Towers Acquisition LLC; Pinnacle Towers Asset Holding LLC; Pinnacle Towers LLC; Pinnacle Towers III LLC; Radio Station WGLD LLC; Shaffer & Associates, Inc.; Sierra Towers, Inc.; Tower Development Corporation; Tower Systems LLC; Tower Technology Company of Jacksonville LLC; Tower Ventures III, LLC; WCP Wireless Lease Subsidiary, LLC; and TVHT, LLC,

*Plaintiff(s)*

v.

DISH Wireless L.L.C.

*Defendant(s)*

Civil Action No. 25-cv-03756-NYW-CYC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DISH Wireless L.L.C.
9601 S Meridian Blvd
Englewood, CO, 80112-5905

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Laura A. Menninger
HADDON MORGAN AND FOREMAN, P.C.
945 N. Pennsylvania Street
Denver, CO 80203
lmenninger@hmflaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/2/2025

s/ N. Orlin

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-03756-NYW-CYC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

Client's File No.: _____

## AFFIDAVIT OF SERVICE

Civil Action No.: 1:25-cv-03756-NYW-CYC
Date Filed: November 20, 2025
Court Date: _____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

AIRCOMM OF AVON, LLC, et al.,
*Plaintiff*

vs

DISH WIRELESS L.L.C.,
*Defendant*

STATE OF DELAWARE COUNTY OF NEW CASTLE SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Delaware

That on the following date: December 4, 2025, at the following time: 1:11 PM,
at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 deponent served the within Summons in a Civil Action, (Redacted) Complaint for Declaratory Relief with Exhibits (Restricted), Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, Complaint for Declaratory Relief with Exhibits (Restricted), Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge, Minute Order, Proposed Summons, Entry of Appearance of Jay Cohen, Entry of Appearance of Jeffrey J. Recher, Proposed Summons, Corrected Exhibit A (Restricted)

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: DISH WIRELESS L.L.C. c/o CORPORATION SERVICE COMPANY

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with Donna "Doe" said individual to be Registered Agent Representative who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State.  [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient** Gender: Female  Race: White  Color of hair: Brown  Age: 51 - 65 Yrs.  Height: 5ft 4inch - 5ft 8inch
Weight: 131-160 Lbs.  Other Features: _____

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** Left in the presence of Donna "Doe", registered agent representative (per agent policy they will no longer provide a name for acceptance).

Sworn to before me on December 4, 2025

_Signature_ 12/4/2025
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Sharlene Brooks
PROCESS SERVER LICENSE # No #s in DE
Work Order # 1506978

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028