**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03756-NYW-CYC

AIRCOMM OF AVON, LLC,
ATLANTIC COAST COMMUNICATIONS LLC,
CCATT LLC,
CCTMO LLC,
CCTM1 LLC,
CCTM2 LLC,
COVERAGE PLUS ANTENNA SYSTEMS LLC,
CROWN ATLANTIC COMPANY LLC,
CROWN CASTLE FIBER LLC,
CROWN CASTLE GT COMPANY LLC,
CROWN CASTLE MU LLC,
CROWN CASTLE SOUTH LLC,
CROWN CASTLE TOWERS 05 LLC,
CROWN CASTLE TOWERS 06-2 LLC,
CROWN CASTLE TOWERS 09 LLC,
CROWN CASTLE USA INC.,
CROWN COMMUNICATION LLC,
GLOBAL SIGNAL ACQUISITIONS LLC,
GLOBAL SIGNAL ACQUISITIONS II LLC,
GLOBAL SIGNAL ACQUISITIONS III LLC,
GLOBAL SIGNAL ACQUISITIONS IV LLC,
GOLDENSTATE TOWERS, LLC,
HIGH POINT MANAGEMENT CO. LLC,
ICB TOWERS, LLC,
INTERSTATE TOWER COMMUNICATIONS LLC,
INTRACOASTAL CITY TOWERS LLC,
PINNACLE TOWERS ACQUISITION LLC,
PINNACLE TOWERS ASSET HOLDING LLC,
PINNACLE TOWERS LLC,
PINNACLE TOWERS III LLC,
RADIO STATION WGLD LLC,
SHAFFER & ASSOCIATES, INC.,
SIERRA TOWERS, INC.,
TOWER DEVELOPMENT CORPORATION,
TOWER SYSTEMS LLC,
TOWER TECHNOLOGY COMPANY OF JACKSONVILLE LLC,
TOWER VENTURES III, LLC,
WCP WIRELESS LEASE SUBSIDIARY, LLC, and
TVHT, LLC,

      Plaintiffs,

v.

DISH WIRELESS L.L.C.,
DISH PURCHASING CORPORATION, and
ECHOSTAR CORPORATION,

    Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO RESTRICT**

THIS MATTER having come before the Court upon Plaintiffs Aircomm of Avon, LLC; Atlantic Coast Communications LLC; CCATT LLC; CCTMO LLC; CCTM1 LLC; CCTM2 LLC; Coverage Plus Antenna Systems LLC; Crown Atlantic Company LLC; Crown Castle Fiber LLC; Crown Castle GT Company LLC; Crown Castle MU LLC; Crown Castle South LLC; Crown Castle Towers 05 LLC; Crown Castle Towers 06-2 LLC; Crown Castle Towers 09 LLC; Crown Castle USA Inc.; Crown Communication LLC; Global Signal Acquisitions LLC; Global Signal Acquisitions II LLC; Global Signal Acquisitions III LLC; Global Signal Acquisitions IV LLC; GoldenState Towers, LLC; High Point Management Co. LLC; ICB Towers, LLC; Interstate Tower Communications LLC; IntraCoastal City Towers LLC; Pinnacle Towers Acquisition LLC; Pinnacle Towers Asset Holding LLC; Pinnacle Towers LLC; Pinnacle Towers III LLC; Radio Station WGLD LLC; Shaffer & Associates, Inc.; Sierra Towers, Inc.; Tower Development Corporation; Tower Systems LLC; Tower Technology Company of Jacksonville LLC; Tower Ventures III, LLC; WCP Wireless Lease Subsidiary, LLC; and TVHT, LLC (collectively, "Crown Castle") Motion To Restrict, made on the consent of all parties; and

1

WHEREAS Crown Castle moves this Court to restrict public access to the information concerning the negotiation and terms of a confidential Master Lease Agreement ("MLA") and Master Product Agreement ("MPA") by and between Crown Castle and DISH Wireless L.L.C., and the Deployment Services Agreement ("DSA") by and between Crown Castle and DISH Purchasing Corporation ("DISH Purchasing") as described in the Amended Complaint and its exhibits filed on January 30, 2026 (ECF Nos. 39, 40) (the "Amended Complaint");

WHEREAS having considered all of the papers submitted in connection therewith, and with good cause having been shown;

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Crown Castle's Notice of Plaintiffs' First Amended Complaint, Exhibit A thereto (ECF Nos. 38, 38-1), shall be reverted to unrestricted status and available on the public docket; and

IT IS FURTHER ORDERED that the unredacted copy of the redline of Crown Castle's Amended Complaint attached to Crown Castle's Notice of Plaintiffs' First Amended Complaint (ECF No. 38-2), shall be subject to Level 1 Restriction;

IT IS FURTHER ORDERED that the redactions and slipsheets applied in the publicly filed version of the Amended Complaint (ECF No. 39) and exhibits attached thereto (ECF Nos. 39-1–39-15) shall be maintained;

IT IS FURTHER ORDERED that the unredacted version of the Amended Complaint (ECF No. 40) shall be subject to Level 1 Restriction; and

IT IS FURTHER ORDERED that the unredacted exhibits to the Amended Complaint (ECF Nos. 40-1–40-15) shall be subject to Level 1 Restriction;

Entered and dated at Denver, Colorado this _____ day of _____, 2026

BY THE COURT:

_____

Hon. Cyrus Y. Chung, U.S.M.J.

3