IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-03756-NYW-CYC

Aircomm of Avon, LLC; Atlantic Coast
Communications LLC; CCATT LLC; CCTMO LLC;
CCTM1 LLC; CCTM2 LLC; Coverage Plus Antenna
Systems LLC; Crown Atlantic Company LLC; Crown
Castle Fiber LLC; Crown Castle GT Company LLC;
Crown Castle MU LLC; Crown Castle South LLC;
Crown Castle Towers 05 LLC; Crown Castle Towers
06-2 LLC; Crown Castle Towers 09 LLC; Crown
Castle USA Inc.; Crown Communications LLC; Global
Signal Acquisitions LLC; Global Signal Acquisitions II
LLC; Global Signal Acquisitions III LLC; Global Signal
Acquisitions IV LLC; GoldenState Towers, LLC; High
Point Management Co. LLC; ICB Towers, LLC;
Interstate Tower Communications LLC; IntraCoastal
City Towers LLC; Pinnacle Towers Acquisition LLC;
Pinnacle Towers Asset Holding LLC; Pinnacle Towers
LLC; Pinnacle Towers III LLC; Radio Station WGLD
LLC; Shaffer & Associates, Inc.; Sierra Towers, Inc.;
Tower Development Corporation; Tower Systems
LLC; Tower Technology Company of Jacksonville
LLC; Tower Ventures III, LLC; WCP Wireless Lease
Subsidiary, LLC; and TVHT, LLC,

    Plaintiffs,

v.

DISH Wireless L.L.C.; DISH Purchasing Corporation;
and EchoStar Corporation

    Defendants.

---

**JOINT MOTION FOR ENTRY OF PROPOSED PROTOCOL FOR PRODUCTION OF
ELECTRONICALLY STORED INFORMATION**

---

Pursuant to Fed. R. Civ. P. 16 and 26 and the Scheduling Order entered by the Court on February 10, 2026, the above-captioned Plaintiffs (collectively, "Crown Castle") and Defendants DISH Wireless L.L.C. ("DISH"), DISH Purchasing Corporation ("DISH Purchasing"), and EchoStar Corporation ("EchoStar") (collectively, "Defendants") jointly move for entry of the Proposed Protocol For The Production Electronically Stored Information (the "ESI Protocol"), attached as Exhibit 1.  In support of this motion, the parties state as follows:

**CERTIFICATION OF CONFERRAL**

Pursuant to D.C. Colo. LCivR 7.1(a), counsel for the parties conferred. The parties jointly file this motion.

**JOINT MOTION**

The parties agree that discovery will involve the production of electronically stored information ("ESI") and that the entry of a protocol for the production of ESI is appropriate.  The parties have conferred and agreed upon a Proposed ESI Protocol, attached as **Exhibit 1**.  The ESI Protocol is intended to (a) facilitate discovery by outlining the parties' expectations for the preservation and production of ESI in this case, (b) reduce discovery-related costs and burdens, and (c) promote judicial economy by setting clear expectations for resolution of ESI-related discovery disputes without judicial intervention.

Accordingly, the parties jointly request that the Court grant this motion and enter the Proposed ESI Protocol attached to this motion.

1

Dated:  April 16, 2026

| | |
|---|---|
| */s/ Jay Cohen* | */s/ Jacob A. Rey* |
| Laura A. Menninger | Hugh Q. Gottschalk |
| HADDON MORGAN FOREMAN | Jacob A. Rey |
| 945 N. Pennsylvania Street | Wheeler Trigg O'Donnell LLP |
| Denver, CO 80203 | 370 17th Street, Suite 4500 |
| Tel: (303) 831-7364 | Denver, CO 80202 |
| Email: lmenninger@hmflaw.com | (303) 244-1858 |
| | (303) 244-1877 |
| Jay Cohen | gottschalk@wtotrial.com |
| Jeffrey J. Recher | rey@wtotrial.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | |
| 1285 Avenue of the Americas | Glenn M. Kurtz |
| New York, NY 10019-6064 | Joshua D. Weedman |
| Tel: (212) 373-3000 | Robert E. Tiedemann |
| Fax: (212) 757-3990 | Camille M. Shepherd |
| Email: jaycohen@paulweiss.com | White & Case LLP |
| jrecher@paulweiss.com | 1221 Avenue of the Americas |
| | New York, NY 10020-1095 |
| *Attorneys for Plaintiffs* | Telephone: 212.819.8200 |
| | Email: gkurtz@whitecase.com |
| | jweedman@whitecase.com |
| | rtiedemann@whitecase.com |
| | camille.shepherd@whitecase.com |
| | |
| | *Attorneys for Defendants* |

**ARTIFICIAL INTELLIGENCE CERTIFICATION**

Pursuant to the Court's Standing Order Regarding the Use of Generative Artificial Intelligence in Court Filings, the undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

/s/ Jay Cohen
Laura A. Menninger
HADDON MORGAN FOREMAN
945 N. Pennsylvania Street
Denver, CO 80203
Tel: (303) 831-7364
Email: lmenninger@hmflaw.com

Jay Cohen
Jeffrey J. Recher
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: jaycohen@paulweiss.com
        jrecher@paulweiss.com

*Attorneys for Plaintiffs*

/s/ Jacob A. Rey
Hugh Q. Gottschalk
Jacob A. Rey
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
(303) 244-1858
(303) 244-1877
gottschalk@wtotrial.com
rey@wtotrial.com

Glenn M. Kurtz
Joshua D. Weedman
Robert E. Tiedemann
Camille M. Shepherd
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: 212.819.8200
Email: gkurtz@whitecase.com
jweedman@whitecase.com
rtiedemann@whitecase.com
camille.shepherd@whitecase.com

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Jay Cohen
Jay Cohen