UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:25-cv-03756-NYW-CYC**

Aircomm of Avon, LLC; Atlantic Coast
Communications LLC; CCATT LLC; CCTMO LLC;
CCTM1 LLC; CCTM2 LLC; Coverage Plus Antenna
Systems LLC; Crown Atlantic Company LLC; Crown
Castle Fiber LLC; Crown Castle GT Company LLC;
Crown Castle MU LLC; Crown Castle South LLC;
Crown Castle Towers 05 LLC; Crown Castle Towers
06-2 LLC; Crown Castle Towers 09 LLC; Crown
Castle USA Inc.; Crown Communications LLC; Global
Signal Acquisitions LLC; Global Signal Acquisitions II
LLC; Global Signal Acquisitions III LLC; Global Signal
Acquisitions IV LLC; GoldenState Towers, LLC; High
Point Management Co. LLC; ICB Towers, LLC;
Interstate Tower Communications LLC; IntraCoastal
City Towers LLC; Pinnacle Towers Acquisition LLC;
Pinnacle Towers Asset Holding LLC; Pinnacle Towers
LLC; Pinnacle Towers III LLC; Radio Station WGLD
LLC; Shaffer & Associates, Inc.; Sierra Towers, Inc.;
Tower Development Corporation; Tower Systems
LLC; Tower Technology Company of Jacksonville
LLC; Tower Ventures III, LLC; WCP Wireless Lease
Subsidiary, LLC; and TVHT, LLC,

          Plaintiffs,

v.

DISH Wireless L.L.C.; DISH Purchasing Corporation;
and EchoStar Corporation

          Defendants.

---

### JOINT MOTION TO VACATE MAY 12, 2026 MOTION HEARING

---

Plaintiffs (collectively, "Crown Castle") and Defendants DISH Wireless L.L.C.

("DISH"), DISH Purchasing Corporation ("DISH Purchasing"), and EchoStar Corporation

("EchoStar") (collectively, "Defendants") jointly request that the Court vacate the upcoming May 12, 2026 hearing on Defendants' Motion to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation ("Motion to Stay") (ECF No. 72). The parties have continued to confer and have reached an agreement on the scope of discovery that will occur between now and the forthcoming May 28, 2026 hearing before the Judicial Panel on Multidistrict Litigation ("JPML"). As a result, the parties do not believe that there is a need to burden the Court with a hearing at this time, and request that it adjourn the May 12, 2026 hearing on the Motion to Stay *sine die*, to be reset if necessary following the JPML hearing on May 28, 2026.  In support of this motion, the parties state as follows:

**CERTIFICATION OF CONFERRAL**

Pursuant to D.C. Colo. LCivR 7.1(a), counsel for the parties conferred. The parties jointly file this motion.

**JOINT MOTION**

1.      On March 16, 2026, Defendants filed the Motion to Stay. (ECF No. 72.) Defendants' motion seeks to stay this case in its entirety pending resolution of Defendants' Motion to Transfer, which Defendants filed with the JPML on March 2, 2026. (*Id.*)

2.      On March 17, 2026, the Court referred the Motion to Stay to the Honorable Cyrus Y. Chung. (ECF No. 73.)

3.      On March 17, 2026, Magistrate Judge Chung set a hearing on Defendants' Motion to Stay for May 12, 2026. (ECF No. 74.)

4.     Plaintiffs filed an opposition to Defendants' Motion to Stay on April 6, 2026. (ECF No. 83.) Defendants filed their reply on April 21, 2026. (ECF No. 103.)

5.     Since Defendants filed the Motion to Stay, the parties have continued to confer in an attempt to reduce the burden on the Court by reaching an agreement on the scope of discovery that will occur before the JPML hearing on May 28, 2026.

6.     The parties have now reached an agreement, and request that the Court adjourn the hearing on the Motion to Stay scheduled for May 12, 2026, *sine die*.

7.     The parties will jointly contact the Court if a hearing is necessary on the Motion to Stay after the hearing before the JPML on May 28, 2026.

8.     The parties show good cause for their request. Defendants' Motion to Transfer is set for hearing before the JPML on May 28, 2026, and the parties expect a ruling shortly thereafter. Thus, granting the requested relief will not significantly delay discovery. Moreover, Defendants have agreed to respond to limited discovery before the JPML's decision, which will ensure that discovery progresses in a limited fashion while the parties await a decision from the JPML.

9.     Moreover, granting the requested relief will avoid burdening the Court with conducting a hearing and rendering a decision on a disputed motion.

## CONCLUSION

For all these reasons, the parties request that the Court vacate the hearing scheduled for May 12, 2026.

Dated:  May 11, 2026

*/s/ Laura A. Menninger*

Laura A. Menninger
HADDON MORGAN FOREMAN
945 N. Pennsylvania Street
Denver, CO 80203
Tel: (303) 831-7364
Email: lmenninger@hmflaw.com

Jay Cohen
Jeffrey J. Recher
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: jaycohen@paulweiss.com
          jrecher@paulweiss.com

*Attorneys for Plaintiffs*

*/s/ Glenn M. Kurtz*

Glenn M. Kurtz
Joshua D. Weedman
Robert E. Tiedemann
Camille M. Shepherd
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: 212.819.8200
Email: gkurtz@whitecase.com
jweedman@whitecase.com
rtiedemann@whitecase.com
camille.shepherd@whitecase.com

Hugh Q. Gottschalk
Jacob A. Rey
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
(303) 244-1858
(303) 244-1877
gottschalk@wtotrial.com
rey@wtotrial.com

*Attorneys for Defendants*

4

## ARTIFICIAL INTELLIGENCE CERTIFICATION

Pursuant to the Court's Standing Order Regarding the Use of Generative Artificial Intelligence in Court Filings, the undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

/s/ Laura A. Menninger
Laura A. Menninger
HADDON MORGAN FOREMAN
945 N. Pennsylvania Street
Denver, CO 80203
Tel: (303) 831-7364
Email: lmenninger@hmflaw.com

Jay Cohen
Jeffrey J. Recher
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: jaycohen@paulweiss.com
        jrecher@paulweiss.com

*Attorneys for Plaintiffs*

/s/ Glenn M. Kurtz
Glenn M. Kurtz
Joshua D. Weedman
Robert E. Tiedmann
Camille M. Shepherd
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: 212.819.8200
Email: gkurtz@whitecase.com
jweedman@whitecase.com
rtiedemann@whitecase.com
camille.shepherd@whitecase.com

Hugh Q. Gottschalk
Jacob A. Rey
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
(303) 244-1858
(303) 244-1877
Email: gottschalk@wtotrial.com
rey@wtotrial.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on May 11, 2026, I electronically filed the foregoing

**JOINT MOTION TO VACATE MAY 12, 2026 MOTION HEARING** with the Clerk of Court

using the CM/ECF system which will serve notice on all counsel of record in this case.


*/s/ Glenn M. Kurtz*